ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| PAMELA MOORE, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) CV 604-136 |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) ) ) ) |
|    Defendant. | ) ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's case is **REMANDED** to the Commissioner of the Social Security Administration for disposition in accordance with the Report and Recommendation.

SO ORDERED this ___ day of February, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA